IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:17-CV-2760-N |
| | § | |
| MGA MEDICAL EQUIPMENT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 2, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Default Judgment against Defendant MGA Medical Equipment, Inc. ("MGA") is GRANTED, and the Court orders that Plaintiff recovers from MGA the sum of $9,287.10, plus additional pre-judgment interests of $1.94 per day after February 3, 2017, to the date of judgment, along with its costs of suit, and that this judgment shall accrue interest at the legal post-judgment interest rate.

**SO ORDERED,** this 11th day of February, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE